IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DANIEL KENNETH SHERMAN,<br><br>Defendant. | CR 19-150-BLG-SPW<br><br><br><br>ORDER |
|---|---|

Upon the United States' Unopposed Motion for Dismissal of Forfeiture Proceedings (Doc. 28), and for good cause being shown,

IT IS HEREBY ORDERED that the forfeiture action in the above-captioned case is **DISMISSED with prejudice**.

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this _7th_ day of July, 2020.

_/s/ Susan P. Watters_
SUSAN P. WATTERS
United States District Court Judge

1